JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MIDORI LANDSCAPE, INC. et al. <br><br> Defendants. | Case No. 8:15-cv-01707-JLS-JCG <br><br> Assigned to the Honorable Josephine L. Staton <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and defendants Midori Landscape, Inc. and Yasunaga Hamamoto, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

This action is dismissed without prejudice. The Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

Dated: March 11, 2016

_____
Honorable Josephine L. Staton
United States District Court Judge